# 34TH JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. BERNARD

## STATE OF LOUISIANA

NO.:  17 = 1 4 7 1

DIVISION: "    "



### NORMA DAIGLE

### VERSUS

### FAMILY DOLLAR STORES OF LOUISIANA, INC., JANE DOE, MANAGER AND XYZ INSURANCE COMPANY

Filed:                    NOV 14 2017                    _Randy S. Nunez_

Deputy Clerk

## PETITION FOR DAMAGES

The petition of **NORMA DAIGLE**, a person of the full age of majority and a resident of and domiciled in the Parish of St. Bernard, State of Louisiana who, with respect, represents:.

I.

That made defendants herein are as follows:

1. **FAMILY DOLLAR STORES OF LOUISIANA, INC.,** (herein after sometimes referred to as "FAMILY DOLLAR") according to information and belief, a domestic corporation licensed to do and doing business in the Parish of St. Bernard, State of Louisiana, who at all times pertinent herein was the owner/operator of the FAMILY DOLLAR, Store No. 7659, located at 4132 E. Judge Perez Drive, Meraux, LA 70075, who is vicariously liable for the actions and/or inactions of its employees.

2. **JANE DOE, MANAGER/EMPLOYEE,** *which name is being used until the actual identity can be ascertained,* according to information and belief, a person of the full age of majority and a resident of and domiciled in the Parish of St. Bernard, State of Louisiana, who at all times pertinent herein was the manager and/or employee of defendant, **FAMILY DOLLAR STORES OF LOUISIANA, INC.** located at 4132 E. Judge Perez Drive, Meraux, LA 70075, who at all times pertinent herein was responsible for maintaining, cleaning,



EXHIBIT
A

keeping the aisles, walkways, vestibules, etc... clear of foreign objects, debris, and more particularly, broken/leaking store inventory, etc... to ensure that persons having to happen upon the premises would not be injured or otherwise harmed.

3. **XYZ INSURANCE COMPANY** which name is being used until the actual identity can be ascertained according to information and belief, a foreign insurance company licensed to do and doing business in the Parish of St Bernard, State of Louisiana who at all times pertinent herein, issued a policy of liability insurance to defendant, **FAMILY DOLLAR STORES OF LOUISIANA, INC**, located at 4132 E. Judge Perez Drive, Meraux, LA 70075 which on or about June 30, 2017 was in full force and effect and said insurance company is being sued under the Louisiana Direct Action Statute.

II.

That on or about June 30, 2017, plaintiff herein, **NORMA DAIGLE**, was a public invitee of **FAMILY DOLLAR**, located at 315 E. Judge Perez Drive, Meraux, LA 70075 as they were having a going out of business sale. Upon entering the store to shop and as she was walking down the aisle, suddenly and without warning she slipped and fell on the floor as a result of a slippery substance which upon information and belief was from a broken/leaking bottle of "hair product", causing your petitioner to hit her head, break her glasses and causing severe personal and painful injuries which injuries will be more fully described herein below.

III.

That as a direct result of the above described accident, your petitioner, **NORMA DAIGLE**, suffered pain, mental anguish and has suffered severe and painful personal injuries, including but not limited to, injury to her left ankle, her head, face and lower back causing her to seek immediate medical attention.

### IV.

That upon information and belief, another customer had made the employees of **Family Dollar** aware of the broken/leaking hair product but the employees failed to clean it up and/or place any warning signs in the area to warn patrons of the hazardous conditions.

### V.

That the above described incident and subsequent damages and injuries sustained by your petitioner herein, occurred by no fault of petitioner and that the sole and proximate cause of said incident and resultant damages and injuries sued upon herein resulted from the gross and wanton negligence of the defendants above named in the following particulars:

#### NEGLIGENT ACTS OF DEFENDANT, MANAGER, JANE DOE

1. In failing to keep the aisles in a safe condition knowing that persons having to happen down said aisles could be harmed or otherwise injured;

2. By allowing the store to be in an unsafe and hazardous condition knowing that persons having to occasion said premises could be injured;

3. By allowing the floor to be in an unsafe, hazardous and wet condition knowing that persons having to occasion said premises could be injured;

4. Failing to properly remedy the condition when they knew or should have known of the inherently dangerous condition;

5. In failing to clean up a foreign matter on the floor which created an inherently dangerous condition;

6. In failing to post warning and/or caution signs, cones and/or barricades, warning patrons of the potentially dangerous condition of the floor;

7. In failing to use due care to prevent the dangerous and hazardous condition that the rug created;

8. Failure to promulgate, implement, enforce and/or carryout the appropriate procedures to keep said floor/aisles in a safe condition;

9. In failing to promulgate adequate policies and procedures to inspect and maintain high traffic aisles to keep them free from unsafe conditions; and

10. Other acts of negligence, also to be shown to have been the proximate cause of the accident, following their discovery and presentation in evidence at trial of this cause.

Any other acts of negligence which will be shown at the trial of this matter. All of which said acts of negligence are in direct violation of the ordinances of the Parish of St. Bernard, and the laws of the State of Louisiana, which said laws and ordinances are pled herein as if copied *in extenso*.

## VI.

That as a direct and proximate result of the above described negligence and resulting accident, your petitioner, NORMA DAIGLE, has sustained monetary losses in the form of medical bills incurred in her care and treatment, including but not limited to past, present and future physical pain and suffering, mental anguish, inconvenience and aggravation and other out-of-pocket expenses which will be shown at the trial of this matter.

## VII.

Petitioner is entitled to recover all damages as are reasonable in the premises in accordance with the law of Louisiana.

## VIII.

Petitioners pray that all expert fees incurred in proving the liability and damage issues be taxed as costs to the defendants.

## IX.

Petitioner annexes hereto certain interrogatories and request for production of documents to be answer fully within the usual time allowed by law.

**WHEREFORE,** petitioners, **NORMA DAIGLE,** prays that defendants be duly cited and served with a copy of this Petition, to appear and answer same and, after all legal delays and due proceedings are had, that there be judgment herein in favor of the petitioners and against defendants, **FAMILY DOLLAR STORES OF LOUISIANA, INC., JANE DOE, MANAGER AND XYZ INSURANCE COMPANY,** jointly, severally and in solido, in a full and true sum calculated to compensate petitioner for the damages complained of herein, along with legal interest thereon from the date of judicial

demand until paid, for all costs of these proceedings, including expert witness fees and for all general and equitable relief and trial by jury.

Respectfully submitted:

LAW OFFICES OF MICHAEL C. GINART, JR. & ASSOCIATES

_____

MICHAEL C. GINART, JR. (LSB#18910)
JOYCE D. YOUNG (LSB# 25037)
NICHOLAS N.S. CUSIMANO (LSB#35733)
Counsel for Plaintiff, Norma Daigle
2114 Paris Road
Chalmette, Louisiana 70043
Telephone:    (504) 271-0471
Facsimile:    (504) 271-6293
wcuccia@ginartlaw.com

**PLEASE SERVE:**

**FAMILY DOLLAR STORES OF LOUISIANA, INC.**
**Through its Agent for Service of Process:**
CORPORATION SERVICE COMPANY
501 Louisiana Avenue
Baton Rouge, LA 70802

**HOLD SERVICE:**

**DEFNEDANT, XYZ INSURANCE COMPANY**
**DEFENDANT, JANE DOE**

A TRUE COPY
Randy S. Nunez
CLERK OF COURT
PARISH OF ST. BERNARD
STATE OF LOUISIANA
DEPUTY CLERK
/s/ Hailey Hiers

**34TH JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. BERNARD**

**STATE OF LOUISIANA**

NO.:  **17 - 1471**                                          DIVISION " "



**NORMA DAIGLE**

**VERSUS**

**FAMILY DOLLAR STORES OF LOUISIANA, INC., JANE DOE, MANAGER AND XYZ INSURANCE COMPANY**

Filed: _____**NOV 1 4 2017**_____          _____**/s/ Hailey Hiers**_____

                                                                        Deputy Clerk

**V E R I F I C A T I O N**

**STATE OF LOUISIANA**

**PARISH OF ST. BERNARD**

  BEFORE ME, the undersigned authority, personally came and appeared:

**NORMA DAIGLE**

who, after first being duly sworn did depose and say:

  That she is a petitioner in the above and foregoing Petition for Damages;

  That she has read the above and foregoing Petition and has found all of the allegations contained therein to be true and correct to the best of her knowledge, information and belief.

_____
**NORMA DAIGLE**

**SWORN TO AND SUBSCRIBED BEFORE ME**
**THIS** 2 **DAY OF** _____, 2017.

_____
**MICHAEL C. GINART, JR., (LSBR # 18910)**
**NOTARY PUBLIC**
*My Commission is for Life.*

**34ᵀᴴ JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. BERNARD**

**STATE OF LOUISIANA**

NO.: 17-1471                                                    DIVISION: "A"⁶⁴

**NORMA DAIGLE**

**VERSUS**

**FAMILY DOLLAR STORES OF LOUISIANA, INC., JANE DOE, MANAGER
AND XYZ INSURANCE COMPANY**

Filed: MAY 2 4 2018                               /S/ Bonnie Casanova          Deputy Clerk
3:21 pm

**MOTION AND ORDER FOR LEAVE TO AMEND
AND FIRST SUPPLEMENTAL AND AMENDING PETITION**

NOW INTO COURT, through undersigned counsel, comes plaintiff, **NORMA
DAIGLE**, who respectfully request that this court grant petitioners leave to amend her
original petition in the following respects:

1.     By amending in every incidence that the name Jane Doe, Manager appears to
read "**CHERYL STARKS, MANAGER/EMPLOYEE.**"

WHEREFORE, plaintiff, **NORMA DAIGLE**, reiterating the prayer of her original
Petition, prays that this First Supplemental and Amending Petition be filed, and that after due
proceeding had, there be judgment in favor of petitioner and against the defendants,
**FAMILY DOLLAR STORES OF LOUISIANA, INC., CHERYL STARKS AND XYZ
INSURANCE COMPANY**, jointly, severally and in solido, in a full and true sum calculated
to compensate petitioner for the damages complained of herein, along with legal interest
thereon from the date of judicial demand until paid, for all costs of these proceedings,
including expert witness fees and for all general and equitable relief and trial by jury.

Respectfully submitted:

**LAW OFFICES OF MICHAEL C. GINART, JR. &
ASSOCIATES**

MICHAEL C. GINART, JR. (LSB#18910)
JOYCE D. YOUNG (LSB# 25037)
NICHOLAS N.S. CUSIMANO (LSB#35733)
Counsel for Plaintiff
2114 Paris Road
Chalmette, Louisiana 70043
P: (504) 271-0471 · F: (504) 271-6293



EXHIBIT
B

## ORDER

FILED

MAY 2 4 2018

_____
DEPUTY CLERK OF COURT
ST. BERNARD PARISH

Considering the allegations and prayer:

**IT IS ORDERED** that the foregoing Motion for Leave to Amend and First

Supplemental and Amending Petition be filed as prayed for and in accordance to law.

**CHALMETTE, LOUISIANA** this _24th_ day of _May_____, 2018.

_____

**JUDGE**

**PLEASE SERVE WITH ORIGINAL &**
**FIRST SUPPLEMENTAL AND AMENDING**

**CHERYL STARKS**
2405 Kinglet Drive
St. Bernard, LA  70085

# CITATION  2336

| | |
|---|---|
| *NORMA DAIGLE* | *Case:* **# 17-1471** |
| | *Division: A* |
| *VERSUS* | *34th Judicial District Court* |
| | *Parish of St. Bernard* |
| *FAMILY DOLLAR STORES OF LOUISIANA,* | *State of Louisiana* |
| *INC., JANE DOE, MANAGER AND XYZ* | |
| *INSURANCE COMPANY* | |

TO:  *FAMILY DOLLAR STORES OF LOUISIANA, INC.*
    *THROUGH ITS AGENT FOR SERVICE OF PROCESS:*
    *CORPORATION SERVICE COMPANY*
    *501 LOUISIANA AVENUE*
    *BATON ROUGE, LA 70802*

DEC 1 5 2017
DEPUTY CLERK
ST. BERNARD PARISH

DEC 0 6 2017

YOU HAVE BEEN SUED.  Attached to this Citation is a certified copy of **PETITION FOR DAMAGES, ETC.** The petition tells you what you are being sued for.

You must either DO WHAT THE PETITION ASKS, OR WITHIN FIFTEEN (15) DAYS after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of Court at the St. Bernard Parish Courthouse, 1101 W. St. Bernard Hwy, Chalmette, LA 70043.

If you do not do what the Petition asks, or if you do not file an answer or legal pleading within FIFTEEN (15) DAYS, a judgment may be entered against you without further notice.

This Citation was issued by the Clerk of Court for St. Bernard Parish, Louisiana on the **20TH DAY OF NOVEMBER, 2017.**

HMH/NORMA

DEC 0 7 2017

I made service on the named party through the
Corporation Services
☐ GARY CLAFLIN
by tendering a copy of this document to
☐ PAULA GLASER
☐ JEANNINE SCHUTTE
................ st Baton Rouge, Louisi......

RANDY S. NUNEZ
Clerk of Court
Parish of St. Bernard

*/S/ HAILEY HIERS*
Deputy Clerk
/S/ HAILEY HIERS

www.stbclerk.com

## DOMICILIARY

Date Received by the Parish of St. Bernard:_____

Date Served:_____

Address Served:_____

Domiciliary Service on: _____a person apparently over the age of 14 years living and residing in said domicile, whose name and other facts, connected with this service I learned by interrogating the same.

Service intended for:_____ a person domiciled at the above address but was absent at the time of service.

Returned Parish of St. Bernard this_____ day of _____, _____.

_____
Sheriff

## PERSONAL

Date Received by the Parish of St. Bernard:_____

Date Served:_____

Address Served:_____

Personal Service on:_____

Returned Parish of St. Bernard _____, _____.

_____
Sheriff

**EXHIBIT**
**C**

# CITATION FOR RETURN

NORMA DAIGLE

*Versus*

FAMILY DOLLAR STORES OF
LOUISIANA, INC., JANE DOE, MANAGER
AND XYZ INSURANCE COMPANY



**FILED**

JUN 0 5 2018

CLERK OF COURT
ST. BERNARD PARISH

*Case:* 17-1471

*Division:* "A "
34th *Judicial District Court*
*Parish of St. Bernard*
*State of Louisiana*

TO: *CHERYL STARKS*
*2405 KINGLET DRIVE*
*ST. BERNARD, LA 70085*

YOU HAVE BEEN SUED. Attached to this Citation is a certified copy of PETITION FOR
DAMAGES AND FIRST SUPPLEMENTAL AND AMENDING PETITION. The Petition tells you what you
are being sued for.

You must either DO WHAT THE PETITION ASKS, OR WITHIN FIFTEEN (15) DAYS after you
have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of
Court at the St. Bernard Parish Courthouse, 1101 W. St. Bernard Highway, Chalmette, LA 70043.

If you do not do what the Petition asks, or if you do not file an answer or legal pleading within
FIFTEEN (15) DAYS, a judgment may be entered against you without further notice.

This Citation was issued by the Clerk of Court for St. Bernard Parish, Louisiana on the 30TH day of
MAY, 2018.

LCB/NORMA

Randy S. Nunez
Clerk of Court
Parish of St. Bernard

By: _____
Deputy Clerk

www.stbclerk.com

**DOMICILIARY**

Date Received by the Parish of St. Bernard:_____
Date Served:_____
Address Served:_____
Domiciliary Service on: _____ a person apparently over the age of 14 years living and residing
in said domicile, whose name and other facts, connected with this service I learned by interrogating the same.
Service intended for:_____ a person domiciled at the above address but was absent at the time of
service.
Returned Parish of St. Bernard this_____ day of _____, ____.

_____
Sheriff

**PERSONAL**

Date Received by the Parish of St. Bernard: 6/1/18 _____
Date Served: 6/1/18
Address Served: 2405 Kinglet
Personal Service on: Cheryl Starks
Returned Parish of St. Bernard June 4 2018

_____
Sheriff

**Peter Gahagan**

| | |
|---|---|
| **From:** | Mike Ginart <mginart@ginartlaw.com> |
| **Sent:** | Tuesday, May 29, 2018 2:49 PM |
| **To:** | Peter Gahagan |
| **Subject:** | Norma Daigle 13-18617 |

Peter I spoke to Norma today.  She is treating with Dr. Dominic Greishaber with Ochsner here at St Bernard Parish Hospital and Clinic.  She had the first of two Lumbar ESI procedures done on April 22nd.  A second ESI is scheduled on May 31st.  Thereafter, he plans on scheduling a nerve burning (Ablation) procedure according to Ms. Daigle.  I will keep you posted.

1



UNITED STATES OF AMERICA

STATE OF LOUISIANA

THIRTY- FOURTH JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. BERNARD

-   -   -   -   -   -   -

I, CONNIE C. SPENCER, CHIEF DEPUTY CLERK OF COURT OF THE

THIRTY-FOURTH JUDICIAL DISTRICT COURT FOR THE PARISH OF ST.

BERNARD,

DO HEREBY CERTIFY, that the attached record consisting of 48  PAGES is a true copy

of the original record on file in the Court, No. 17-1471-A, entitled NORMA DAIGLE VS.

FAMILY DOLLAR STORES OF LOUISIANA, INC., JANE DOE, MANAGER & XYZ

INSURANCE COMPANY filed NOVEMBER 14, 2017.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of

this said court, at the City of Chalmette, on this 8TH day of JUNE, 2018.


_____
CONNIE C. SPENCER
CHIEF DEPUTY CLERK OF COURT


JDP



34TH JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. BERNARD

STATE OF LOUISIANA

NO.:   17 - 1 4 7 1

NORMA DAIGLE

VERSUS

FAMILY DOLLAR STORES OF LOUISIANA, INC., JANE DOE, MANAGER
AND XYZ INSURANCE COMPANY

Filed: _____NOV 14 2017_____          _____*Randy S. Nunez*_____

@ 2:55pm                                                Deputy Clerk

DIVISION "A"

order of recusal- 11/20/17

## PETITION FOR DAMAGES

The petition of **NORMA DAIGLE**, a person of the full age of majority and a
resident of and domiciled in the Parish of St. Bernard, State of Louisiana who, with
respect, represents:.

I.

That made defendants herein are as follows:

1. **FAMILY DOLLAR STORES OF LOUISIANA, INC.**, (herein after
   sometimes referred to as "FAMILY DOLLAR") according to information and
   belief, a domestic corporation licensed to do and doing business in the Parish
   of St. Bernard, State of Louisiana, who at all times pertinent herein was the
   owner/operator of the FAMILY DOLLAR, Store No. 7659, located at 4132 E.
   Judge Perez Drive, Meraux, LA 70075, who is vicariously liable for the
   actions and/or inactions of its employees.

2. **JANE DOE, MANAGER/EMPLOYEE**, *which name is being used until the
   actual identity can be ascertained*, according to information and belief, a person
   of the full age of majority and a resident of and domiciled in the Parish of St.
   Bernard, State of Louisiana, who at all times pertinent herein was the manager
   and/or employee of defendant, **FAMILY DOLLAR STORES OF
   LOUISIANA, INC.** located at 4132 E. Judge Perez Drive, Meraux, LA 70075,
   who at all times pertinent herein was responsible for maintaining, cleaning,

keeping the aisles, walkways, vestibules, etc... clear of foreign objects, debris, and more particularly, broken/leaking store inventory, etc... to ensure that persons having to happen upon the premises would not be injured or otherwise harmed.

3. **XYZ INSURANCE COMPANY** which name is being used until the actual identity can be ascertained according to information and belief, a foreign insurance company licensed to do and doing business in the Parish of St Bernard, State of Louisiana who at all times pertinent herein, issued a policy of liability insurance to defendant, **FAMILY DOLLAR STORES OF LOUISIANA, INC**, located at 4132 E. Judge Perez Drive, Meraux, LA 70075 which on or about June 30, 2017 was in full force and effect and said insurance company is being sued under the Louisiana Direct Action Statute.

## II.

That on or about June 30, 2017, plaintiff herein, **NORMA DAIGLE**, was a public invitee of **FAMILY DOLLAR**, located at 315 E. Judge Perez Drive, Meraux, LA 70075 as they were having a going out of business sale.  Upon entering the store to shop and as she was walking down the aisle, suddenly and without warning she slipped and fell on the floor as a result of a slippery substance which upon information and belief was from a broken/leaking bottle of "hair product", causing your petitioner to hit her head, break her glasses and causing severe personal and painful injuries which injuries will be more fully described herein below.

## III.

That as a direct result of the above described accident, your petitioner, **NORMA DAIGLE**, suffered pain, mental anguish and has suffered severe and painful personal injuries, including but not limited to, injury to her left ankle, her head, face and lower back causing her to seek immediate medical attention.

IV.

That upon information and belief, another customer had made the employees of **Family Dollar** aware of the broken/leaking hair product but the employees failed to clean it up and/or place any warning signs in the area to warn patrons of the hazardous conditions.

V.

That the above described incident and subsequent damages and injuries sustained by your petitioner herein, occurred by no fault of petitioner and that the sole and proximate cause of said incident and resultant damages and injuries sued upon herein resulted from the gross and wanton negligence of the defendants above named in the following particulars:

### NEGLIGENT ACTS OF DEFENDANT, MANAGER, JANE DOE

1. In failing to keep the aisles in a safe condition knowing that persons having to happen down said aisles could be harmed or otherwise injured;

2. By allowing the store to be in an unsafe and hazardous condition knowing that persons having to occasion said premises could be injured;

3. By allowing the floor to be in an unsafe, hazardous and wet condition knowing that persons having to occasion said premises could be injured;

4. Failing to properly remedy the condition when they knew or should have known of the inherently dangerous condition;

5. In failing to clean up a foreign matter on the floor which created an inherently dangerous condition;

6. In failing to post warning and/or caution signs, cones and/or barricades, warning patrons of the potentially dangerous condition of the floor;

7. In failing to use due care to prevent the dangerous and hazardous condition that the rug created;

8. Failure to promulgate, implement, enforce and/or carryout the appropriate procedures to keep said floor/aisles in a safe condition;

9. In failing to promulgate adequate policies and procedures to inspect and maintain high traffic aisles to keep them free from unsafe conditions; and

10. Other acts of negligence, also to be shown to have been the proximate cause of the accident, following their discovery and presentation in evidence at trial of this cause.

Any other acts of negligence which will be shown at the trial of this matter. All of which said acts of negligence are in direct violation of the ordinances of the Parish of St. Bernard, and the laws of the State of Louisiana, which said laws and ordinances are pled herein as if copied *in extenso.*

VI.

That as a direct and proximate result of the above described negligence and resulting accident, your petitioner, NORMA DAIGLE, has sustained monetary losses in the form of medical bills incurred in her care and treatment, including but not limited to past, present and future physical pain and suffering, mental anguish, inconvenience and aggravation and other out-of-pocket expenses which will be shown at the trial of this matter.

VII.

Petitioner is entitled to recover all damages as are reasonable in the premises in accordance with the law of Louisiana.

VIII.

Petitioners pray that all expert fees incurred in proving the liability and damage issues be taxed as costs to the defendants.

IX.

Petitioner annexes hereto certain interrogatories and request for production of documents to be answer fully within the usual time allowed by law.

**WHEREFORE,** petitioners, **NORMA DAIGLE,** prays that defendants be duly cited and served with a copy of this Petition, to appear and answer same and, after all legal delays and due proceedings are had, that there be judgment herein in favor of the petitioners and against defendants, **FAMILY DOLLAR STORES OF LOUISIANA, INC., JANE DOE, MANAGER AND XYZ INSURANCE COMPANY,** jointly, severally and in solido, in a full and true sum calculated to compensate petitioner for the damages complained of herein, along with legal interest thereon from the date of judicial

demand until paid, for all costs of these proceedings, including expert witness fees and

for all general and equitable relief and trial by jury.

Respectfully submitted:

**LAW OFFICES OF MICHAEL C. GINART, JR.
& ASSOCIATES**

_____

MICHAEL C. GINART, JR. (LSB#18910)
JOYCE D. YOUNG (LSB# 25037)
NICHOLAS N.S. CUSIMANO (LSB#35733)
Counsel for Plaintiff, Norma Daigle
2114 Paris Road
Chalmette, Louisiana 70043
Telephone:   (504) 271-0471
Facsimile:    (504) 271-6293
wcuccia@ginartlaw.com

**PLEASE SERVE:**

**FAMILY DOLLAR STORES OF LOUISIANA, INC.**
**Through its Agent for Service of Process:**
CORPORATION SERVICE COMPANY
501 Louisiana Avenue
Baton Rouge, LA  70802

**HOLD SERVICE:**

**DEFNEDANT, XYZ INSURANCE COMPANY**
**DEFENDANT, JANE DOE**

34TH JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. BERNARD

STATE OF LOUISIANA

NO.:   17 - 1471

NORMA DAIGLE

VERSUS

FAMILY DOLLAR STORES OF LOUISIANA, INC., JANE DOE, MANAGER
AND XYZ INSURANCE COMPANY

Filed: NOV 14 2017 _____            _____
                                                      Deputy Clerk

## V E R I F I C A T I O N

STATE OF LOUISIANA

PARISH OF ST. BERNARD

BEFORE ME, the undersigned authority, personally came and appeared:

### NORMA DAIGLE

who, after first being duly sworn did depose and say:

That she is a petitioner in the above and foregoing Petition for Damages;

That she has read the above and foregoing Petition and has found all of the
allegations contained therein to be true and correct to the best of her knowledge,
information and belief.

_____
NORMA DAIGLE

SWORN TO AND SUBSCRIBED BEFORE ME
THIS _2_ DAY OF _____, 2017.

_____
MICHAEL C. GINART, JR., (LSBR # 18910)
NOTARY PUBLIC
*My Commission is for Life.*

## 34TH JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. BERNARD

NO.:   17 - 1471        STATE OF LOUISIANA                    DIVISION      "

NORMA DAIGLE

VERSUS

FAMILY DOLLAR STORES OF LOUISIANA, INC., JANE DOE, MANAGER
AND XYZ INSURANCE COMPANY

Filed:   NOV 1 4 2017
_____        _____
                                                                    Deputy Clerk

### PLAINTIFFS' FIRST SET OF INTERROGATORIES
### AND REQUEST FOR PRODUCTION OF DOCUMENTS

TO:   **FAMILY DOLLAR STORES OF LOUISIANA, INC.**
      **Through its Agent for Service of Process:**
      CORPORATION SERVICE COMPANY
      501 Louisiana Avenue
      Baton Rouge, LA  70802

NOW INTO COURT, through undersigned counsel, come plaintiffs, **NORMA DAIGLE** who hereby propounds the following First Set of Interrogatories and Request for Production of Documents to be answered fully, completely, and in writing under oath, within the delays allowed by law, at the **LAW OFFICES OF MICHAEL C. GINART, JR. & ASSOCIATES, 2114 PARIS ROAD, CHALMETTE, LOUISIANA 70043**, and in accordance with the Louisiana Code of Civil Procedure.  These Interrogatories and Request are deemed to be continuing.   You are hereby notified and requested to supplement the responses given, to the fullest extent required by the Louisiana Code of Civil Procedure, as the information changes and/or becomes available.

### INTERROGATORY/REQUEST NO. 1

Please identify the person answering this discovery, including your full name, date of birth, social security number, residence, business address, occupation and job classification.

1 of 5

**INTERROGATORY/REQUEST NO. 2**

Please state the name, address, and telephone number of your insurance carrier, including the full name of your agent, who issued a policy of liability insurance issued to **FAMILY DOLLAR STORES OF LOUISIANA, INC., located at** 4132 E. Judge Perez Drive, Meraux, LA  70075 which was in full force and effect on June 30, 2017, which brings rise to this litigation, including but not limited to the policy limits and any excess coverage thereof

**INTERROGATORY/REQUEST NO. 3**

Please provide a full copy of the policy of insurance which was in full force and effect on June 30, 2017, issued to **FAMILY DOLLAR STORES OF LOUISIANA, INC., located at** 4132 E. Judge Perez Drive, Meraux, LA  70075, including any excess coverage thereto.

**INTERROGATORY/REQUEST NO. 4**

Please state the name, address, telephone number of the Manager on duty at the **FAMILY DOLLAR STORES OF LOUISIANA, INC., located at** 4132 E. Judge Perez Drive, Meraux, LA  70075 on June 30, 2017.

**INTERROGATORY/REQUEST NO. 5**

Please state the name, address, telephone number, job description and job title of each and every employee who was on duty on June 30, 2017 at the time of the incident which brings rise to this litigation, including but not limited to, employees responsible for maintenance/inspections and cleaning of the aisles of the **Family Dollar** located at 4132 E. Judge Perez Drive, Meraux, LA  70075.

**INTERROGATORY/REQUEST NO. 6**

Please state the name, address, telephone number, employer, and employment classification of each person known or reasonably felt by you, your attorney, or other representative, who was an eye witness to the incident, or who came upon the scene after

the occurrence, or who purports to have any knowledge of the fact and circumstances surrounding the incident which forms the basis of this suit.

**INTERROGATORY/REQUEST NO. 7**

If a statement was given by anyone, including but not limited to, any party named in this litigation, please state the name, address and telephone number of each person from whom a statement was taken including the date of said statement, the name, address and telephone number of each person who took said statement and the name and address of each person who is in possession of said statement given with regards to this accident, supplying a copy of same.

**INTERROGATORY/REQUEST NO. 8**

Please provide a copy of any and all Policies and Procedures regarding maintenance/inspections and cleaning of the aisles of the **Family Dollar** located at 4132 E. Judge Perez Drive, Meraux, LA  70075  stating the name, address and telephone number of the person(s) and/or company in charge of the cleaning and inspections of the floors.

**INTERROGATORY/REQUEST NO. 9**

Please state the name, address, telephone number and job title of the person responsible for cleaning the aisles stating whether or not it was performed by an outside contractor.

**INTERROGATORY/REQUEST NO. 10**

Please provide a copy of the incident/accident report which was completed by plaintiff and/or **Family Dollar** located at 4132 E. Judge Perez Drive, Meraux, LA  70075 or anyone acting on their behalf as a result of this accident.

**INTERROGATORY/REQUEST NO. 11**

Please state the names, addresses and job titles of any person(s) investigating the Accident which is the subject of this complaint, whether or not there is a report of such Investigation, whether oral or written, and the location of any such written investigative

**LOUISIANA CIVIL CASE REPORTING**
Civil Case Cover Sheet – LA. R.S. 13:4688 and
Part G, §13, Louisiana Supreme Court General Administrative Rules

This civil case cover sheet shall be completed by counsel for the petition, counsel's authorized representative, or by the self-represented litigant (if not represented by counsel) and submitted with the original petition filed with the court. The information should be the best available at the time of filing. This information does not constitute a discovery request, response or supplementation, and is not admissible at trial.

Suit Caption:                    **NORMA DAIGLE**

**VERSUS**

**FAMILY DOLLAR STORES OF LOUISIANA, INC., JANE DOE, MANAGER
AND XYZ INSURANCE COMPANY** 17 - 1471

Court:_____34ᵗʰ JDC_____         Docket Number:_____

Parish of Filing:_ST. BERNARD_____  Filing Date:____NOV 1 4 2017_____

Name of Lead Petitioner's Attorney:_____MICHAEL C .GINART, JR._____

Name of Self-Represented Litigant:_____

Number of named petitioners:_____1_____         Number of named defendants:____3____

Type of Lawsuit: Please check the categories which most appropriately apply to this suit (no more than 3 categories should be checked):

| | |
|---|---|
| _____Auto: Personal Injury | _____Auto: Property Damage |
| _____Auto: Wrongful Death | _____Auto: Uninsured Motorist |
| _____Asbestos: Property Damage | _____Asbestos: Personal Injury/Death |
| _____Product Liability | XX   Premise Liability |
| _____Intentional Bodily Injury | _____Intentional Property Damage |
| _____Intentional Wrongful Death | _____Unfair Business Practice |
| _____Business Tort | _____Fraud |
| _____Defamation | _____Professional Negligence |
| _____Environmental Tort | _____Medical Malpractice |
| _____Intellectual Property | _____Toxic Tort |
| _____Legal Malpractice | _____Other Tort (describe below) |
| _____Other Professional Malpractice | _____Redhibition |
| _____Maritime | _____Class action (nature of case) |
| _____Wrongful Death | _____ |
| _____General Negligence | |

FILED
NOV 1 4 2017
CLERK OF COURT
ST. BERNARD PARISH

Please briefly describe the nature of the litigation in one sentence of additional detail:

_____PERSONAL INJURIES FROM SLIP AND FALL_____

Following the completion of this form by counsel, counsel's representative, or by the self-represented litigation, this document will be submitted to the Office of the Judicial Administrator, Supreme Court of Louisiana, by the Clerk of Court.

Name, address and contact information of person completing form:

Name _MICHAEL C. GINART, JR._____Signature_____
Address_____2114 Paris Road, Chalmette, Louisiana 70043_____
Phone number:_____504-271-0471_____E-mail address: wcuccia@ginartlaw.com____

# THIRTY FOURTH JUDICIAL DISTRICT COURT

## PARISH OF ST. BERNARD

## STATE OF LOUISIANA

NO.  17-1471                                                    DIVISION "C"

### NORMA DAIGLE

### VERSUS

### FAMILY DOLLAR OF LOUISIANA, INC., ET AL

FILED:_____NOV 2 0 2017_____     _____

DEP. CLERK

*********************************************************************

### ORDER OF RECUSAL

   **IT IS ORDERED** that this Judge be recused from the above captioned

matter and it be transferred to another division of this court.   There is a conflict of

interest as one of the parties in this case is a client of the law firm, Ginart &

Associates, LLC, 2114 Paris Rd., Chalmette, LA  70043.   This judge was a partner

with Attorney Michael Ginart, Jr. with Ginart & Jones, LLC, prior to her becoming a

district judge.

   Chalmette, Louisiana, this ___17th___ day of ___November___,

2017.

_____
KIM C. JONES
JUDGE, DIVISION "C"

**PLEASE SERVE ALL COUNSEL/PARTIES**

# CITATION 2336

| | |
|---|---|
| *NORMA DAIGLE* | *Case:* **# 17-1471** |
| | *Division: A* |
| *VERSUS* | *34th Judicial District Court* |
| | *Parish of St. Bernard* |
| *FAMILY DOLLAR STORES OF LOUISIANA,* | *State of Louisiana* |
| *INC., JANE DOE, MANAGER AND XYZ* | |
| *INSURANCE COMPANY* | |

TO:  *FAMILY DOLLAR STORES OF LOUISIANA, INC.*
  *THROUGH ITS AGENT FOR SERVICE OF PROCESS:*
  *CORPORATION SERVICE COMPANY*
  *501 LOUISIANA AVENUE*
  *BATON ROUGE, LA 70802*

DEC 1 5 2017
DEPUTY CLERK
ST. BERNARD PARISH

DEC 0 6 2017

YOU HAVE BEEN SUED.  Attached to this Citation is a certified copy of **PETITION FOR DAMAGES, ETC**. The petition tells you what you are being sued for.

You must either DO WHAT THE PETITION ASKS, OR WITHIN FIFTEEN (15) DAYS after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of Court at the St. Bernard Parish Courthouse, 1101 W. St. Bernard Hwy, Chalmette, LA 70043.

If you do not do what the Petition asks, or if you do not file an answer or legal pleading within FIFTEEN (15) DAYS, a judgment may be entered against you without further notice.

This Citation was issued by the Clerk of Court for St. Bernard Parish, Louisiana on the **20TH DAY OF NOVEMBER, 2017.**

HMH/NORMA

RANDY S. NUNEZ
Clerk of Court
Parish of St. Bernard

By:
Deputy Clerk
/S/ HAILEY HIERS

www.stbclerk.com

**DOMICILIARY**
Date Received by the Parish of St. Bernard:_____
Date Served:_____
Address Served:_____
Domiciliary Service on: _____a person apparently over the age of 14 years living and residing in said domicile, whose name and other facts, connected with this service I learned by interrogating the same.
Service intended for:_____ a person domiciled at the above address but was absent at the time of service.
  Returned Parish of St. Bernard this_____ day of _____, _____.

_____
Sheriff

**PERSONAL**
Date Received by the Parish of St. Bernard:_____
Date Served:_____
Address Served:_____
Personal Service on:_____
  Returned Parish of St. Bernard _____, _____.

_____
Sheriff

Dec. 15. 2017  9:19AM   The Truitt Law Firm                    No. 6563   P. 1/4

# THE TRUITT LAW FIRM
### A LIMITED LIABILITY COMPANY
ATTORNEYS AT LAW
149 NORTH NEW HAMPSHIRE STREET
COVINGTON, LOUISIANA 70433-3235
E-MAIL: MAIL@TRUITTLAW.COM

TELEPHONE:
(985) 327-5266

FACSIMILE:
(985) 327-5252

NEW ORLEANS OFFICE:

433 METAIRIE ROAD, SUITE 209
METAIRIE, LOUISIANA 70005
TELEPHONE: (504) 831-3393

WRITER'S E-MAIL:
jtruitt@truittlaw.com

December 14, 2017

*Via Facsimile (504) 278-4380  and*
*Regular U.S. Mail*
Clerk of Court
34th Judicial District Court
P.O Box 1746
Chalmette, Louisiana 70044

FAX FILED
DEC 15 2017
CLERK OF COURT
ST. BERNARD PARISH

RE:   Norma Daigle
      vs. Family Dollar Stores of Louisiana, Inc., et al
      34th JDC, Docket No.: 17-1471
      Our file No. 13-18617
      Claim No.: 30178149610001
      DOL: 6/30/2017

Dear Clerk:

Enclosed please find our Motion for Extension of Time and Request for Notice in connection with the captioned litigation.  Please file into the record and return conformed copies to me in the enclosed, self-addressed and stamped envelope.

We are filing the above via facsimile pursuant to the provisions of Louisiana Revised Statute 13:850.  Please confirm receipt of these pleadings and the cost associated with this facsimile filing.

We will remit the original pleadings and cost due within five days of today.  If you have any questions, please do not hesitate to contact me.

With kindest regards,

JACK E. TRUITT

JET/kmb
Enclosures
cc:   Michael C. Ginart, Esq. *(Via Facsimile Transmission Only (504) 271-6293 w/encl.)*

34TH JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. BERNARD

STATE OF LOUISIANA

NO: 17-1471                                                   DIVISION "D"

NORMA DAIGLE

VERSUS

FAMILY DOLLAR STORES OF LOUISIANA, INC., JANE DOE, MANAGER,
AND XYZ INSURANCE COMPANY

FILED:_____          _____
                                                      DEPUTY CLERK

## MOTION FOR EXTENSION OF TIME

**NOW INTO COURT**, through undersigned counsel, comes defendant, Family Dollar Stores

of Louisiana, Inc. , and respectfully moves this Honorable Court for an extension of time of thirty

(30) days to file responsive pleadings and responses to discovery which were served with the Petition

for Damages.  Mover respectfully represents that no previous extensions have been requested, and

there are no objections to same in the record of this matter.

Respectfully submitted,

THE TRUITT LAW FIRM
A Limited Liability Company

JACK E. TRUITT, BAR NO. 18476, T.A.
AMBER L. MITCHELL, BAR NO. 28846
PETER M. GAHAGAN, BAR NO. 33137
LOU ANNE MILLIMAN, BAR NO. 23869
MICHELLE MAYNE DAVIS, BAR NO. 23027
149 North New Hampshire Street
Covington, Louisiana 70433
Telephone: (985) 327-5266
Facsimile: (985) 327-5252
Email: mail@truittlaw.com
Counsel for Family Dollar Stores of Louisiana, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been duly served on all counsel of record by depositing same into the U.S. Mail, postage pre-paid, and/or by hand and/or by facsimile and/or by electronic means on December 14, 2017.

34ᵀᴴ JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. BERNARD

STATE OF LOUISIANA

NO: 17-1471                                      DIVISION FAX FILED

NORMA DAIGLE                                        DEC 15 2017

VERSUS                                          CLERK OF COURT
                                                ST. BERNARD PARISH

FAMILY DOLLAR STORES OF LOUISIANA, INC., JANE DOE, MANAGER,
AND XYZ INSURANCE COMPANY

FILED:_____          _____
                                               DEPUTY CLERK

## ORDER

Considering the foregoing,

**IT IS HEREBY ORDERED** that defendant, Dollar Tree Stores, Inc., is granted an additional thirty (30) days time, from the signing of this Order, to file responsive pleadings and responses to discovery which were served with the Petition for Damages in the above entitled and numbered matter.

Chalmette, Louisiana, this _____ day of _____, 2017.

_____
**THE HONORABLE ROBERT A. BUCKLEY**

34TH JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. BERNARD

STATE OF LOUISIANA

NO: 17-1471                                          DIVISION "A"

NORMA DAIGLE

VERSUS

FAMILY DOLLAR STORES OF LOUISIANA, INC., JANE DOE, MANAGER
AND XYZ INSURANCE COMPANY

FILED:_____                    _____
                                              DEPUTY CLERK

### REQUEST FOR NOTICE

NOW INTO COURT, through undersigned counsel, comes defendant, Family Dollar Stores

of Louisiana, Inc., and respectfully requests written notice of the date of trial, as well as written notice

of each rendition by the Court of any judgment, and/or interlocutory order entered in the above entitled

and numbered case pursuant to Articles 1913, 1914 and 1572 of the Louisiana Code of Civil

Procedure.

Respectfully submitted,

**THE TRUITT LAW FIRM**
A Limited Liability Company

JACK E. TRUITT, BAR NO. 18476, T.A.
AMBER L. MITCHELL, BAR NO. 28846
PETER M. GAHAGAN, BAR NO. 33137
LOU ANNE MILLIMAN, BAR NO. 23869
MICHELLE MAYNE DAVIS, BAR NO. 23027
149 North New Hampshire Street
Covington, Louisiana 70433
Telephone: (985) 327-5266
Facsimile: (985) 327-5252
Email: mail@truittlaw.com
Counsel for Family Dollar Stores of Louisiana, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been duly served on all counsel of

record by depositing same into the U.S. Mail, postage pre-paid, and/or by hand and/or by facsimile

and/or by electronic means on December 14, 2017.

# THE TRUITT LAW FIRM

A LIMITED LIABILITY COMPANY
ATTORNEYS AT LAW
149 NORTH NEW HAMPSHIRE STREET
COVINGTON, LOUISIANA 70433-3235
E-MAIL: MAIL@TRUITTLAW.COM

TELEPHONE:
(985)327-5266

FACSIMILE:
(985)327-5252

NEW ORLEANS OFFICE:

433 METAIRIE ROAD, SUITE 209
METAIRIE, LOUISIANA 70005
TELEPHONE: (504) 831-3393

December 14, 2017

WRITER'S E-MAIL:
btruitt@truittlaw.com

*Via Facsimile (504) 278-4380  and*
*Regular U.S. Mail*
Clerk of Court
34th Judicial District Court
P.O Box 1746
Chalmette, Louisiana 70044

**ORIGINAL**
**RECEIVED**
DEC 18 2017
DEPUTY CLERK OF COURT
ST. BERNARD PARISH

RE:   Norma Daigle
      vs. Family Dollar Stores of Louisiana, Inc., et al
      34th JDC, Docket No.: 17-1471
      Our file No. 13-18617
      Claim No.: 30178149610001
      DOL: 6/30/2017

**FAX**
12-15-17

Dear Clerk:

Enclosed please find our Motion for Extension of Time and Request for Notice in connection with the captioned litigation.  Please file into the record and return conformed copies to me in the enclosed, self-addressed and stamped envelope.

We are filing the above via facsimile pursuant to the provisions of Louisiana Revised Statute 13:850.  Please confirm receipt of these pleadings and the cost associated with this facsimile filing.

We will remit the original pleadings and cost due within five days of today.  If you have any questions, please do not hesitate to contact me.

With kindest regards,

**JACK E. TRUITT**

JET/kmb
Enclosures
cc:   Michael C. Ginart, Esq. *(Via Facsimile Transmission Only (504) 271-6293 w/encl.)*

34TH JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. BERNARD

STATE OF LOUISIANA

NO: 17-1471                                           DIVISION "A"

NORMA DAIGLE

VERSUS

FAMILY DOLLAR STORES OF LOUISIANA, INC., JANE DOE, MANAGER, AND XYZ INSURANCE COMPANY

FILED: _____12-15-17_____

DEPUTY CLERK

DEPUTY CLERK OF COURT
ST. BERNARD PARISH

## MOTION FOR EXTENSION OF TIME

**NOW INTO COURT**, through undersigned counsel, comes defendant, Family Dollar Stores of Louisiana, Inc. , and respectfully moves this Honorable Court for an extension of time of thirty (30) days to file responsive pleadings and responses to discovery which were served with the Petition for Damages.  Mover respectfully represents that no previous extensions have been requested, and there are no objections to same in the record of this matter.

Respectfully submitted,

**THE TRUITT LAW FIRM**
A Limited Liability Company

JACK E. TRUITT, BAR NO. 18476, T.A.
AMBER L. MITCHELL, BAR NO. 28846
PETER M. GAHAGAN, BAR NO. 33137
LOU ANNE MILLIMAN, BAR NO. 23869
MICHELLE MAYNE DAVIS, BAR NO. 23027
149 North New Hampshire Street
Covington, Louisiana 70433
Telephone: (985) 327-5266
Facsimile: (985) 327-5252
Email: mail@truittlaw.com
Counsel for Family Dollar Stores of Louisiana, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been duly served on all counsel of record by depositing same into the U.S. Mail, postage pre-paid, and/or by hand and/or by facsimile and/or by electronic means on December 14, 2017.

34TH JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. BERNARD

STATE OF LOUISIANA

NO: 17-1471                          DIVISION "A"

NORMA DAIGLE

VERSUS

FAMILY DOLLAR STORES OF LOUISIANA, INC., JANE DOE, MANAGER,
AND XYZ INSURANCE COMPANY

FILED: _12-15-17_____

DEPUTY CLERK

**ORDER**

Considering the foregoing,

**IT IS HEREBY ORDERED** that defendant, Dollar Tree Stores, Inc. , is granted an additional

thirty (30) days time, from the signing of this Order, to file responsive pleadings and responses to

discovery which were served with the Petition for Damages in the above entitled and numbered matter.

Chalmette, Louisiana, this __31st__ day of __December__, 2017.

_____
**THE HONORABLE ROBERT A. BUCKLEY**

34TH JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. BERNARD

STATE OF LOUISIANA

NO: 17-1471                                                DIVISION "A"

NORMA DAIGLE

VERSUS

FAMILY DOLLAR STORES OF LOUISIANA, INC., JANE DOE, MANAGER,
AND XYZ INSURANCE COMPANY

FILED: _____12-15-17_____        _____

DEPUTY CLERK
/S/Hope M. Henderson

### REQUEST FOR NOTICE

NOW INTO COURT, through undersigned counsel, comes defendant, Family Dollar Stores

of Louisiana, Inc., and respectfully requests written notice of the date of trial, as well as written notice

of each rendition by the Court of any judgment, and/or interlocutory order entered in the above entitled

and numbered case pursuant to Articles 1913, 1914 and 1572 of the Louisiana Code of Civil

Procedure.

Respectfully submitted,

THE TRUITT LAW FIRM
A Limited Liability Company

_____
JACK E. TRUITT, BAR NO. 18476, T.A.
AMBER L. MITCHELL, BAR NO. 28846
PETER M. GAHAGAN, BAR NO. 33137
LOU ANNE MILLIMAN, BAR NO. 23869
MICHELLE MAYNE DAVIS, BAR NO. 23027
149 North New Hampshire Street
Covington, Louisiana 70433
Telephone: (985) 327-5266
Facsimile: (985) 327-5252
Email: mail@truittlaw.com
Counsel for Family Dollar Stores of Louisiana, Inc.

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been duly served on all counsel of

record by depositing same into the U.S. Mail, postage pre-paid, and/or by hand and/or by facsimile

and/or by electronic means on December 14, 2017.

_____

Jan. 16. 2018 11:59AM                                              No. 0270   P. 1/5

# THE TRUITT LAW FIRM

### A LIMITED LIABILITY COMPANY
### ATTORNEYS AT LAW
149 NORTH NEW HAMPSHIRE STREET
COVINGTON, LOUISIANA 70433-3235
E-MAIL: MAIL@TRUITTLAW.COM

TELEPHONE:
(985) 327-5266.

FACSIMILE:
(985) 327-5252

NEW ORLEANS OFFICE:

433 METAIRIE ROAD, SUITE 209
METAIRIE, LOUISIANA 70005
TELEPHONE: (504) 831-3393

January 16, 2018

WRITER'S E-MAIL:
btruitt@truittlaw.com

_Via Facsimile (504) 278-4380  and_
_Regular U.S. Mail_
Clerk of Court
34th Judicial District Court
P.O Box 1746
Chalmette, Louisiana 70044

RE:   Norma Daigle
      vs. Family Dollar Stores of Louisiana, Inc., et al
      34th JDC, Docket No.: 17-1471
      Our file No. 13-18617
      Claim No.: 30178149610001
      DOL: 6/30/2017

Dear Clerk:

        Enclosed please find our Answer to Petition for Damages and Jury Order in connection with
the captioned litigation.  Please file the original into the record, present the Jury Order to the Court,
and return conformed copies to me in the enclosed, self-addressed and stamped envelope.

        We are filing the above via facsimile pursuant to the provisions of Louisiana Revised Statute
13:850.  Please confirm receipt of these pleadings and the cost associated with this facsimile filing.

        We will remit the original pleadings and cost due within five days of today.  If you have any
questions, please do not hesitate to contact me.

                                              With kindest regards,

                                              JACK E. TRUITT

JET/blm
Enclosures
cc:    Michael C. Ginart, Esq.  _(Via Facsimile Transmission Only (504) 271-6293 w/encl.)_

34TH JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. BERNARD

STATE OF LOUISIANA

NO: 17-1471                                        DIVISION "A"

NORMA DAIGLE

VERSUS

FAMILY DOLLAR STORES OF LOUISIANA, INC., JANE DOE, MANAGER
AND XYZ INSURANCE COMPANY

FILED:_____          _____
                                        DEPUTY CLERK

## ANSWER TO PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes defendant, Family Dollar Stores of Louisiana, Inc., who respectfully answers the Petition for Damages of plaintiff as follows:

1.

The allegations contained in Paragraph 1 and subparagraph (1) of plaintiff's Petition for Damages are denied. The allegations contained in Paragraph 1 and subparagraphs (2) of plaintiff's Petition for Damages are denied for lack of sufficient information to justify a belief therein. The allegations contained in Paragraph 1 and subparagraph (3) of plaintiff's Petition for Damages are denied; Family Dollar Stores of Louisiana, Inc. is self-insured.

2.

The allegations contained in Paragraph 2 of plaintiff's Petition for Damages are denied for lack of sufficient information to justify a belief herein.

3.

The allegations contained in Paragraph 3 of plaintiff's Petition for Damages are denied for lack of sufficient information to justify a belief herein.

4.

The allegations contained in Paragraph 4 of plaintiff's Petition for Damages are denied for lack of sufficient information to justify a belief herein.

5.

The allegations contained in Paragraph 5 and subparagraphs (1) through 10 of plaintiff's Petition for Damages are denied.

6.

The allegations contained in Paragraph 6 of plaintiff's Petition for Damages are denied.

7.

The allegations contained in Paragraph 7 of plaintiff's Petition for Damages are denied.

8.

The allegations contained in Paragraph 8 of plaintiff's Petition for Damages are denied.

9.

The allegations contained in Paragraph 9 of plaintiff's Petition for Damages are denied.

10.

Defendant avers that the alleged damages of plaintiff, which alleged damages are hereby specifically denied, were the result of fault and/or negligence on behalf of third parties for whom defendant is not responsible or legally liable, which fault and/or negligence of said third parties is hereby plead in bar to or diminution of any recovery by plaintiff.

11.

Defendant avers that the alleged damages sustained by plaintiff, which damages are hereby specifically denied, were the result of the comparative negligence and/or fault of the plaintiff, the particulars of which will be shown at trial of on the merits of this litigation, which fault and/or negligence is hereby pled in bar to or diminution of any recovery by plaintiff.

12.

Defendant avers that the alleged damages sustained by plaintiff, which damages are hereby specifically denied, were the result of plaintiff's voluntary and knowing assumption of the risks, which are hereby pled in bar to or diminution of any recovery by plaintiff.

13.

Defendant avers that plaintiff has failed to mitigate damages, if any.

14.

Defendant prays for and is entitled to a trial by jury.

**WHEREFORE**, defendant prays that there be judgment herein in its favor after due and deliberate proceedings had, with all costs and attorney's fees incurred in defending this litigation assessed against plaintiff. Defendant also prays for a trial by jury and any other general or equitable relief which this Honorable Court may deem appropriate.

Respectfully submitted,

**THE TRUITT LAW FIRM**
A Limited Liability Company

_____
JACK E. TRUITT, BAR NO. 18476, T.A.
AMBER L. MITCHELL, BAR NO. 28846
PETER M. GAHAGAN, BAR NO. 33137
LOU ANNE MILLIMAN, BAR NO. 23869
MICHELLE MAYNE DAVIS, BAR NO. 23027
149 North New Hampshire Street
Covington, Louisiana 70433
Telephone: (985) 327-5266
Facsimile: (985) 327-5252
Email: mail@truittlaw.com
Counsel for Family Dollar Stores of Louisiana, Inc.

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been duly served on all counsel

of record by depositing same into the U.S. Mail, postage pre-paid, and/or by hand and/or by facsimile

and/or by electronic means on January ___16___, 2018.

34TH JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. BERNARD

STATE OF LOUISIANA

NO: 17-1471                                    DIVISION "A"

NORMA DAIGLE

VERSUS

FAMILY DOLLAR STORES OF LOUISIANA, INC., JANE DOE, MANAGER,
AND XYZ INSURANCE COMPANY

FILED:_____          _____
                                        DEPUTY CLERK

## JURY ORDER

Considering the foregoing request for a jury trial, in accordance with La. C.C.P. Art. 1734,

*et seq.,* mover, Family Dollar Stores of Louisiana, Inc., shall post a jury bond in the amount of

$_____. The jury bond shall be filed with the Clerk of Court within _____days prior

to trial.

The jury bond will bind mover unto the Clerk of Court in the amount of $_____,

for the payment of all costs of the trial by jury in the above cause.

Chalmette, Louisiana, this_____ day of_____, 2018.

_____
THE HONORABLE ROBERT A. BUCKLEY

# THE TRUITT LAW FIRM

### A LIMITED LIABILITY COMPANY
ATTORNEYS AT LAW
149 NORTH NEW HAMPSHIRE STREET
COVINGTON, LOUISIANA 70433-3235
E-MAIL: MAIL@TRUITTLAW.COM

NEW ORLEANS OFFICE:

433 METAIRIE ROAD, SUITE 209
METAIRIE, LOUISIANA 70005
TELEPHONE: (504) 831-3393

TELEPHONE:
(985) 327-5266

FACSIMILE:
(985) 327-5252

WRITER'S E-MAIL:
jtruitt@truittlaw.com

January 16, 2018

_**Via Facsimile (504) 278-4380 and
Regular U.S. Mail**_
Clerk of Court
34th Judicial District Court
P.O Box 1746
Chalmette, Louisiana 70044

RE:   Norma Daigle
vs. Family Dollar Stores of Louisiana, Inc., et al
34th JDC, Docket No.: 17-1471
Our file No. 13-18617
Claim No.: 30178149610001
DOL: 6/30/2017

Dear Clerk:

   Enclosed please find our Answer to Petition for Damages and Jury Order in connection with the captioned litigation. Please file the original into the record, present the Jury Order to the Court, and return conformed copies to me in the enclosed, self-addressed and stamped envelope.

   We are filing the above via facsimile pursuant to the provisions of Louisiana Revised Statute 13:850. Please confirm receipt of these pleadings and the cost associated with this facsimile filing.

   We will remit the original pleadings and cost due within five days of today. If you have any questions, please do not hesitate to contact me.

With kindest regards,

JACK E. TRUITT

JET/blm
Enclosures
cc:   Michael C. Ginart, Esq. _(Via Facsimile Transmission Only (504) 271-6293 w/encl.)_

34TH JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. BERNARD

STATE OF LOUISIANA

NO: 17-1471                                    DIVISION

NORMA DAIGLE

VERSUS

FAMILY DOLLAR STORES OF LOUISIANA, INC., JANE DOE, MANAGER,
AND XYZ INSURANCE COMPANY

/s/Jeanine Pellegrini

FILED:_____        _____

                                            DEPUTY CLERK

## ANSWER TO PETITION FOR DAMAGES

**NOW INTO COURT,** through undersigned counsel, comes defendant, Family Dollar Stores of Louisiana, Inc., who respectfully answers the Petition for Damages of plaintiff as follows:

1.

The allegations contained in Paragraph 1 and subparagraph (1) of plaintiff's Petition for Damages are denied.  The allegations contained in Paragraph 1 and subparagraphs (2) of plaintiff's Petition for Damages are denied for lack of sufficient information to justify a belief therein. The allegations contained in Paragraph 1 and subparagraph (3) of plaintiff's Petition for Damages are denied; Family Dollar Stores of Louisiana, Inc. is self-insured.

2.

The allegations contained in Paragraph 2 of plaintiff's Petition for Damages are denied for lack of sufficient information to justify a belief herein.

3.

The allegations contained in Paragraph 3 of plaintiff's Petition for Damages are denied for lack of sufficient information to justify a belief herein.

4.

The allegations contained in Paragraph 4 of plaintiff's Petition for Damages are denied for lack of sufficient information to justify a belief herein.

5.

The allegations contained in Paragraph 5 and subparagraphs (1) through 10 of plaintiff's Petition for Damages are denied.

6.

The allegations contained in Paragraph 6 of plaintiff's Petition for Damages are denied.

7.

The allegations contained in Paragraph 7 of plaintiff's Petition for Damages are denied.

8.

The allegations contained in Paragraph 8 of plaintiff's Petition for Damages are denied.

9.

The allegations contained in Paragraph 9 of plaintiff's Petition for Damages are denied.

10.

Defendant avers that the alleged damages of plaintiff, which alleged damages are hereby specifically denied, were the result of fault and/or negligence on behalf of third parties for whom defendant is not responsible or legally liable, which fault and/or negligence of said third parties is hereby plead in bar to or diminution of any recovery by plaintiff.

11.

Defendant avers that the alleged damages sustained by plaintiff, which damages are hereby specifically denied, were the result of the comparative negligence and/or fault of the plaintiff, the particulars of which will be shown at trial of on the merits of this litigation, which fault and/or negligence is hereby pled in bar to or diminution of any recovery by plaintiff.

12.

Defendant avers that the alleged damages sustained by plaintiff, which damages are hereby specifically denied, were the result of plaintiff's voluntary and knowing assumption of the risks, which are hereby pled in bar to or diminution of any recovery by plaintiff.

13.

Defendant avers that plaintiff has failed to mitigate damages, if any.

14.

Defendant prays for and is entitled to a trial by jury.

WHEREFORE, defendant prays that there be judgment herein in its favor after due and deliberate proceedings had, with all costs and attorney's fees incurred in defending this litigation assessed against plaintiff. Defendant also prays for a trial by jury and any other general or equitable relief which this Honorable Court may deem appropriate.

Respectfully submitted,

**THE TRUITT LAW FIRM**
A Limited Liability Company

JACK E. TRUITT, BAR NO. 18476, T.A.
AMBER L. MITCHELL, BAR NO. 28846
PETER M. GAHAGAN, BAR NO. 33137
LOU ANNE MILLIMAN, BAR NO. 23869
MICHELLE MAYNE DAVIS, BAR NO. 23027
149 North New Hampshire Street
Covington, Louisiana 70433
Telephone: (985) 327-5266
Facsimile: (985) 327-5252
Email: mail@truittlaw.com
Counsel for Family Dollar Stores of Louisiana, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been duly served on all counsel

of record by depositing same into the U.S. Mail, postage pre-paid, and/or by hand and/or by facsimile

and/or by electronic means on January ___16___, 2018.

34TH JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. BERNARD

STATE OF LOUISIANA

NO: **17-1471**

DIVISION " A "

**ORIGINAL**
**RECEIVED**
JAN 22 2018
_____
DEPUTY        COURT

NORMA DAIGLE

VERSUS

FAMILY DOLLAR STORES OF LOUISIANA, INC., JANE DOE, MANAGER, AND XYZ INSURANCE COMPANY

FILED: _____

DEPUTY CLERK
/S/ JEANINE PELLEGRINI

## JURY ORDER

Considering the request for a jury trial filed herein:

**IT IS ORDERED** that this matter shall be tried by a jury, subject to compliance with the requirements and in accordance with La. R.S. 13:3049(B) and La. C.C.P. Article 1734.1, requiring cash deposits in lieu of bond to defray the additional costs of a jury trial;

1.   The party seeking the trial by jury shall make a cash deposit for jury costs, in lieu of a jury bond, in an amount of **Two Thousand ($2,000.00) and no/100 Dollars** for the first day and **Four Hundred ($400.00) and no/100 Dollars** per day for each additional day. The deposit shall be made sixty (60) days prior to the commencement of the jury trial.

2.   In the event the party requesting the jury trial fails to make the deposit for jury costs, such failure shall entitle any other party to this litigation to request a jury trial within ten (10) days after the date on which the deposit for jury costs were due by the party initially requesting the jury trial, by compliance with the requirements of law and this order in timely making the required deposits to pay the additional costs of a jury trial.

3.   The failure of the party initially requesting the jury trial or any other party to timely post the required deposits shall result i a waiver of the right to a trial by jury and no jurors may be summoned for service as jurors in this trial.

4.   On the date on which the jury trial is commenced and during the course of the trial, the Court shall require the cash deposit of additional sums to pay expenses and costs in excess of the cash deposit provided for herein.

5.   The Court may require an additional amount to be filed during the trial if the deposits are insufficient to pay jury costs.

This Order is entered at Chalmette, Louisiana, on this 24th day of January, 2018 .

DISTRICT JUDGE

Requested by:
JACK E. TRUITT
504.831.3393

Feb. 22. 2018  2:56PM                                                        No. 0838   P.  1/2

# THE TRUITT LAW FIRM

A LIMITED LIABILITY COMPANY
ATTORNEYS AT LAW
149 NORTH NEW HAMPSHIRE STREET
COVINGTON, LOUISIANA 70433-3235
E-MAIL: MAIL@TRUITTLAW.COM

NEW ORLEANS OFFICE:

TELEPHONE:
(985) 327-5266

433 METAIRIE ROAD, SUITE 209
METAIRIE, LOUISIANA 70005
TELEPHONE: (504) 831-3393

FACSIMILE:
(985) 327-5252

February 22, 2018

WRITER'S E-MAIL:
pgahagan@truittlaw.com

*Via Facsimile (504) 278-4380  and*
*Regular U.S. Mail*
Clerk of Court
34th Judicial District Court
P.O Box 1746
Chalmette, Louisiana 70044

FAX FILED

FEB 22 2018

CLERK OF COURT
ST. BERNARD PARISH

RE:     Norma Daigle
        vs. Family Dollar Stores of Louisiana, Inc., et al
        34th JDC, Docket No.: 17-1471
        Our file No. 13-18617
        Claim No.: 30178149610001
        DOL: 6/30/2017

Dear Clerk:

Enclosed please find a Notice of Deposition in connection with the captioned litigation. Please file the original into the record and return a conformed copy to me in the enclosed, self-addressed and stamped envelope.

We are filing the above via facsimile pursuant to the provisions of Louisiana Revised Statute 13:850. Please confirm receipt of these pleadings and the cost associated with this facsimile filing.

We will remit the original pleadings and cost due within five days of today. If you have any questions, please do not hesitate to contact me.

With kindest regards,

JACK E. TRUITT
PETER M. GAHAGAN

PMG/kmb
Enclosures
cc:     Michael C. Ginart, Esq. *(Via Facsimile Transmission Only (504) 271-6293 w/encl.)*
        MCS Direct *(Via Email w/encl.)*

Feb. 22. 2018   2:56PM                                                No. 0838   P. 2/2

*34TH JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. BERNARD

STATE OF LOUISIANA

NO: 17-1471                                    DIVISION "A"

NORMA DAIGLE

VERSUS

FAMILY DOLLAR STORES OF LOUISIANA, INC., JANE DOE, MANAGER,
AND XYZ INSURANCE COMPANY

FILED:_____          _____
                                              DEPUTY CLERK

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that defendant, Family Dollar Stores of Louisiana, Inc., through

undersigned counsel, will take the deposition of **Norma Daigle** on **April 17, 2018 at 10:00 a.m.**,

at the law office of Michael C. Ginart, Esq., 2114 Paris Road, Chalmette, Louisiana 70043,

telephone: (504) 271-0471. This deposition will be taken for all purposes under the applicable rules

of civil procedure and before a court reporter or other official duly authorized to administer oaths

and record oral testimony. You are invited to attend and participate as you deem appropriate.

Court Reporter: MCS Direct, 877-246-3665.

Respectfully submitted,

**THE TRUITT LAW FIRM**
A Limited Liability Company

_____
JACK E. TRUITT, BAR NO. 18476, T.A.
AMBER L. MITCHELL, BAR NO. 28846
PETER M. GAHAGAN, BAR NO.  33137
LOU ANNE MILLIMAN, BAR NO. 23869
MICHELLE MAYNE DAVIS, BAR NO. 23027
149 North New Hampshire Street
Covington, Louisiana 70433
Telephone: (985) 327-5266
Facsimile: (985) 327-5252
Email: mail@truittlaw.com
Counsel for Family Dollar Stores of Louisiana, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been duly served on all counsel of

record by depositing same into the U.S. Mail, postage pre-paid, and/or by hand and/or by facsimile

and/or by electronic means on the _22_ day of February, 2018.

_____

# THE TRUITT LAW FIRM

### A LIMITED LIABILITY COMPANY
### ATTORNEYS AT LAW
149 NORTH NEW HAMPSHIRE STREET
COVINGTON, LOUISIANA 70433-3235
E-MAIL: MAIL@TRUITTLAW.COM

TELEPHONE:
(985)327-5266

FACSIMILE:
(985) 327-5252

NEW ORLEANS OFFICE:

433 METAIRIE ROAD, SUITE 209
METAIRIE, LOUISIANA 70005
TELEPHONE: (504) 831-3393

WRITER'S E-MAIL:
pgahagan@truittlaw.com

February 22, 2018

*Via Facsimile (504) 278-4380 and*
*Regular U.S. Mail*
Clerk of Court
34th Judicial District Court
P.O Box 1746
Chalmette, Louisiana 70044

> RE:   Norma Daigle
>       vs. Family Dollar Stores of Louisiana, Inc., et al
>       34th JDC, Docket No.: 17-1471
>       Our file No. 13-18617
>       Claim No.: 30178149610001
>       DOL: 6/30/2017

Dear Clerk:

Enclosed please find a Notice of Deposition in connection with the captioned litigation.
Please file the original into the record and return a conformed copy to me in the enclosed, self-addressed and stamped envelope.

We are filing the above via facsimile pursuant to the provisions of Louisiana Revised Statute 13:850. Please confirm receipt of these pleadings and the cost associated with this facsimile filing.

We will remit the original pleadings and cost due within five days of today. If you have any questions, please do not hesitate to contact me.

With kindest regards,

JACK E. TRUITT
PETER M. GAHAGAN

PMG/kmb
Enclosures
cc:   Michael C. Ginart, Esq. *(Via Facsimile Transmission Only (504) 271-6293 w/encl.)*
      MCS Direct *(Via Email w/encl.)*

34TH JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. BERNARD

STATE OF LOUISIANA

NO: 17-1471                                              DIVISION

NORMA DAIGLE

VERSUS

FAMILY DOLLAR STORES OF LOUISIANA, INC., JANE DOE
AND XYZ INSURANCE COMPANY

FILED:_____          _____
                                              DEPUTY CLERK

**NOTICE OF DEPOSITION**

PLEASE TAKE NOTICE that defendant, Family Dollar Stores of Louisiana, Inc., through

undersigned counsel, will take the deposition of **Norma Daigle** on **April 17, 2018 at 10:00 a.m.,**

at the law office of Michael C. Ginart, Esq., 2114 Paris Road, Chalmette, Louisiana 70043,

telephone: (504) 271-0471. This deposition will be taken for all purposes under the applicable rules

of civil procedure and before a court reporter or other official duly authorized to administer oaths

and record oral testimony. You are invited to attend and participate as you deem appropriate.

Court Reporter: MCS Direct, 877-246-3665.

Respectfully submitted,

**THE TRUITT LAW FIRM**
A Limited Liability Company

_____
JACK E. TRUITT, BAR NO. 18476, T.A.
AMBER L. MITCHELL, BAR NO. 28846
PETER M. GAHAGAN, BAR NO.  33137
LOU ANNE MILLIMAN, BAR NO. 23869
MICHELLE MAYNE DAVIS, BAR NO. 23027
149 North New Hampshire Street
Covington, Louisiana 70433
Telephone: (985) 327-5266
Facsimile: (985) 327-5252
Email: mail@truittlaw.com
Counsel for Family Dollar Stores of Louisiana, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been duly served on all counsel of

record by depositing same into the U.S. Mail, postage pre-paid, and/or by hand and/or by facsimile

and/or by electronic means on the 22 day of February, 2018.

_____

34TH JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. BERNARD

STATE OF LOUISIANA

NO: 17-1471                                          DIVISION

NORMA DAIGLE

VERSUS

FAMILY DOLLAR STORES OF LOUISIANA, INC., JANE DOE, MANAGER,
AND XYZ INSURANCE COMPANY

FILED: _____

/S/ JEANINE PELLEGRINI

DEPUTY CLERK

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that defendant, Family Dollar Stores of Louisiana, Inc., through

undersigned counsel, will take the deposition of Norma Daigle on **April 17, 2018 at 10:00 a.m.**,

at the law office of Michael C. Ginart, Esq., 2114 Paris Road, Chalmette, Louisiana 70043,

telephone: (504) 271-0471. This deposition will be taken for all purposes under the applicable rules

of civil procedure and before a court reporter or other official duly authorized to administer oaths

and record oral testimony. You are invited to attend and participate as you deem appropriate.

Court Reporter: MCS Direct, 877-246-3665.

Respectfully submitted,

**THE TRUITT LAW FIRM**
A Limited Liability Company

JACK E. TRUITT, BAR NO. 18476, T.A.
AMBER L. MITCHELL, BAR NO. 28846
PETER M. GAHAGAN, BAR NO.  33137
LOU ANNE MILLIMAN, BAR NO. 23869
MICHELLE MAYNE DAVIS, BAR NO. 23027
149 North New Hampshire Street
Covington, Louisiana 70433
Telephone: (985) 327-5266
Facsimile: (985) 327-5252
Email: mail@truittlaw.com
Counsel for Family Dollar Stores of Louisiana, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been duly served on all counsel of

record by depositing same into the U.S. Mail, postage pre-paid, and/or by hand and/or by facsimile

and/or by electronic means on the 22 day of February, 2018.

34TH JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. BERNARD

STATE OF LOUISIANA

NO.: 17-1471                                                    DIVISION: "A""

NORMA DAIGLE

VERSUS

FAMILY DOLLAR STORES OF LOUISIANA, INC., JANE DOE, MANAGER
AND XYZ INSURANCE COMPANY

Filed: _MAY 2 4 2018_____                     /S/ Bonnie Casanova    Deputy Clerk
        _3:21 pm_____

MOTION AND ORDER FOR LEAVE TO AMEND
AND FIRST SUPPLEMENTAL AND AMENDING PETITION

NOW INTO COURT, through undersigned counsel, comes plaintiff, **NORMA DAIGLE**, who respectfully request that this court grant petitioners leave to amend her original petition in the following respects:

1.     By amending in every incidence that the name Jane Doe, Manager appears to read "**CHERYL STARKS, MANAGER/EMPLOYEE.**"

**WHEREFORE**, plaintiff, **NORMA DAIGLE**, reiterating the prayer of her original Petition, prays that this First Supplemental and Amending Petition be filed, and that after due proceeding had, there be judgment in favor of petitioner and against the defendants, **FAMILY DOLLAR STORES OF LOUISIANA, INC., CHERYL STARKS AND XYZ INSURANCE COMPANY**, jointly, severally and in solido, in a full and true sum calculated to compensate petitioner for the damages complained of herein, along with legal interest thereon from the date of judicial demand until paid, for all costs of these proceedings, including expert witness fees and for all general and equitable relief and trial by jury.

Respectfully submitted:

LAW OFFICES OF MICHAEL C. GINART, JR. &
ASSOCIATES

_____
MICHAEL C. GINART, JR. (LSB#18910)
JOYCE D. YOUNG (LSB# 25037)
NICHOLAS N.S. CUSIMANO (LSB#35733)
Counsel for Plaintiff
2114 Paris Road
Chalmette, Louisiana 70043
P: (504) 271-0471 · F: (504) 271-6293

## O R D E R

Considering the allegations and prayer:

FILED

MAY 2 4 2018

DEPUTY CLERK OF COURT
ST. BERNARD PARISH

**IT IS ORDERED** that the foregoing Motion for Leave to Amend and First

Supplemental and Amending Petition be filed as prayed for and in accordance to law.

**CHALMETTE, LOUISIANA** this _24th_ day of _May_, 2018.

_Robert A. Buckley_

**J U D G E**

**PLEASE SERVE WITH ORIGINAL &
FIRST SUPPLEMENTAL AND AMENDING**

**CHERYL STARKS**
2405 Kinglet Drive
St. Bernard, LA  70085

# CITATION

NORMA DAIGLE



*Case:*  17-1471

*Versus*

*Division:*  "A"
34th *Judicial District Court*
*Parish of St. Bernard*
*State of Louisiana*

FAMILY DOLLAR STORES OF
LOUISIANA, INC., JANE DOE, MANAGER
AND XYZ INSURANCE COMPANY

*TO:  CHERYL STARKS*
*2405 KINGLET DRIVE*
*ST. BERNARD, LA 70085*

YOU HAVE BEEN SUED.  Attached to this Citation is a certified copy of PETITION FOR DAMAGES AND FIRST SUPPLEMENTAL AND AMENDING PETITION.  The Petition tells you what you are being sued for.

You must either DO WHAT THE PETITION ASKS, OR WITHIN FIFTEEN (15) DAYS after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of Court at the St. Bernard Parish Courthouse, 1101 W. St. Bernard Highway, Chalmette, LA 70043.

If you do not do what the Petition asks, or if you do not file an answer or legal pleading within FIFTEEN (15) DAYS, a judgment may be entered against you without further notice.

This Citation was issued by the Clerk of Court for St. Bernard Parish, Louisiana on the 30TH day of MAY, 2018.

LCB/NORMA

Randy S. Nunez
Clerk of Court
Parish of St. Bernard

By: _____
Deputy Clerk

www.stbclerk.com
**DOMICILIARY**

Date Received by the Parish of St. Bernard:_____
Date Served:_____
Address Served:_____
Domiciliary Service on: _____ a person apparently over the age of 14 years living and residing in said domicile, whose name and other facts, connected with this service I learned by interrogating the same.
Service intended for:_____ a person domiciled at the above address but was absent at the time of service.
Returned Parish of St. Bernard this_____ day of _____, _____.

_____
Sheriff

**PERSONAL**

Date Received by the Parish of St. Bernard:_____
Date Served:_____
Address Served:_____
Personal Service on:_____
Returned Parish of St. Bernard _____, _____.

_____
Sheriff

6/4/2018    8:49:04AM

**ST BERNARD PARISH SHERIFF**
**INVOICE**

INVOICE #     11029
PAGE    10  OF    13

**Pay To:**

**James Pohlmann**
St Bernard Parish Sheriffs Office
P.O. Box 168
Chalmette, La. 70044



FILED

JUN 0 5 2018

CLERK OF COURT
ST. BERNARD PARISH

**ST BERNARD CLERK OF COURT**
1101 ST. BERNARD HWY.
CHALMETTE, LA 70043

| | Charge | Paid | UnPaid |
|---|---|---|---|
| PARISH  1 | | | |

**SUIT NO. 171471 NORMA DAIGLE vs FAMILY DOLLAR STORES OF LA INC**

05/31/2018 1 CITATION                                                     44.48        0.00        44.48
     PERSONAL TO CHERYL STARKS ON 06/04/2018 BY 1 BURKHARDT
NORMA DAIGLE vs FAMILY DOLLAR STORES OF LA INC

*** TOTAL DUE THIS INVOICE ***                  44.48

*********PLEASE RETURN THIS INVOICE OR A COPY WITH PAYMENT*********

# CITATION FOR RETURN

NORMA DAIGLE

*Case:* 17-1471



**FILED**

JUN 05 2018

CLERK OF COURT
ST. BERNARD PARISH

*Division:* "A "
34th Judicial District Court
Parish of St. Bernard
State of Louisiana

*Versus*

FAMILY DOLLAR STORES OF
LOUISIANA, INC., JANE DOE, MANAGER
AND XYZ INSURANCE COMPANY

TO:  **CHERYL STARKS**
     **2405 KINGLET DRIVE**
     **ST. BERNARD, LA 70085**

YOU HAVE BEEN SUED.  Attached to this Citation is a certified copy of PETITION FOR DAMAGES AND FIRST SUPPLEMENTAL AND AMENDING PETITION.  The Petition tells you what you are being sued for.

You must either DO WHAT THE PETITION ASKS, OR WITHIN FIFTEEN (15) DAYS after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of Court at the St. Bernard Parish Courthouse, 1101 W. St. Bernard Highway, Chalmette, LA  70043.

If you do not do what the Petition asks, or if you do not file an answer or legal pleading within FIFTEEN (15) DAYS, a judgment may be entered against you without further notice.

This Citation was issued by the Clerk of Court for St. Bernard Parish, Louisiana on the 30TH day of MAY, 2018.

LCB/NORMA

Randy S. Nunez
Clerk of Court
Parish of St. Bernard

By:_____
            Deputy Clerk

www.stbclerk.com
_____

**DOMICILIARY**

Date Received by the Parish of St. Bernard:_____

Date Served:_____

Address Served:_____

Domiciliary Service on: _____ a person apparently over the age of 14 years living and residing in said domicile, whose name and other facts, connected with this service I learned by interrogating the same.

Service intended for:_____ a person domiciled at the above address but was absent at the time of service.

Returned Parish of St. Bernard this_____ day of _____,_____.

_____
Sheriff

**PERSONAL**

Date Received by the Parish of St. Bernard:___ 6/1/18 _____

Date Served:_____ 6/1/18 _____

Address Served:____ 2405 Kinglet _____

Personal Service on: Cheryl Starks _____

Returned Parish of St. Bernard ___ June 4 ___ 2018

_____
Sheriff

# THE TRUITT LAW FIRM

A LIMITED LIABILITY COMPANY
ATTORNEYS AT LAW
149 NORTH NEW HAMPSHIRE STREET
COVINGTON, LOUISIANA 70433-3235
E-MAIL: MAIL@TRUITTLAW.COM

TELEPHONE:
(985) 327-5266

FACSIMILE:
(985) 327-5252

NEW ORLEANS OFFICE:

433 METAIRIE ROAD, SUITE 209
METAIRIE, LOUISIANA 70005
TELEPHONE: (504) 831-3393

June 1, 2018

WRITER'S E-MAIL:
btruitt@truittlaw.com

*Via Facsimile (504) 278-4380 and
Regular U.S. Mail*
Clerk of Court
34th Judicial District Court
P.O Box 1746
Chalmette, Louisiana 70044

      RE:   Norma Daigle
            vs. Family Dollar Stores of Louisiana, Inc., et al
            34th JDC, Docket No.: 17-1471
            Our file No. 13-18617
            Claim No.: 30178149610001
            DOL: 6/30/2017

Dear Clerk:

      Enclosed please find defendant, Cheryl Starks', Motion and Order for Extension of Time and Request for Notice in connection with the captioned litigation. Please file the original into the record, present the Motion and Order to the Court, and return a conformed copy to me in the enclosed, self-addressed and stamped envelope.

      We are filing the above via facsimile pursuant to the provisions of Louisiana Revised Statute 13:850. Please confirm receipt of these pleadings and the cost associated with this facsimile filing.

      We will remit the original pleadings and cost due within five days of today. If you have any questions, please do not hesitate to contact me.

                        With kindest regards,

                        JACK E. TRUITT
                        PETER M. GAHAGAN

JET/blm
Enclosures
cc:   Michael C. Ginart, Esq. *(Via Facsimile Transmission Only (504) 271-6293 w/encl.)*

34TH JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. BERNARD

STATE OF LOUISIANA

NO: 17-1471                                    DIVISION "A"

NORMA DAIGLE

VERSUS

FAMILY DOLLAR STORES OF LOUISIANA, INC., JANE DOE, MANAGER
AND XYZ INSURANCE COMPANY

**MOTION FOR EXTENSION OF TIME**

**NOW INTO COURT,** through undersigned counsel, comes defendant, Cheryl Starks, and

respectfully moves this Honorable Court for an extension of time of thirty (30) days to file

responsive pleadings and responses to discovery which were served with the Petition for Damages.

Mover respectfully represents that no previous extensions have been requested, and there are no

objections to same in the record of this matter.

Respectfully submitted,

**THE TRUITT LAW FIRM**
A Limited Liability Company

JACK E. TRUITT, BAR NO. 18476, T.A.
AMBER L. MITCHELL, BAR NO. 28846
PETER M. GAHAGAN, BAR NO. 33137
LOU ANNE MILLIMAN, BAR NO. 23869
MICHELLE MAYNE DAVIS, BAR NO. 23027
NANCY N. BUTCHER, BAR NO. 24178
149 North New Hampshire Street
Covington, Louisiana 70433
Telephone: (985) 327-5266
Facsimile: (985) 327-5252
Email: mail@truittlaw.com
Counsel for Family Dollar Stores of Louisiana, Inc.
and Cheryl Starks

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been duly served on all counsel of

record by depositing same into the U.S. Mail, postage pre-paid, and/or by hand and/or by facsimile

and/or by electronic means on June 1, 2018.

34TH JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. BERNARD

STATE OF LOUISIANA

NO: 17-1471                                        DIVISION "A"

NORMA DAIGLE

VERSUS

FAMILY DOLLAR STORES OF LOUISIANA, INC., JANE DOE, MANAGER, AND XYZ INSURANCE COMPANY

**ORDER**

Considering the foregoing,

**IT IS HEREBY ORDERED** that defendant, Cheryl Starks, is granted an additional thirty (30)

days time, from the signing of this Order, to file responsive pleadings and responses to discovery

which were served with the Petition for Damages in the above entitled and numbered matter.

Chalmette, Louisiana, this _____8th_____ day of _____June_____, 2018.

_____
THE HONORABLE ROBERT A. BUCKLEY

34TH JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. BERNARD

STATE OF LOUISIANA

NO: 17-1471                                    DIVISION "A"

NORMA DAIGLE

VERSUS

FAMILY DOLLAR STORES OF LOUISIANA, INC., JANE DOE, MANAGER,
AND XYZ INSURANCE COMPANY

**ORIGINAL**

**FAX FILED**

JUN 01 2018

FILED: CLERK OF COURT,
ST. BERNARD PARISH

**RECEIVED**

JUN 05 2018

DEPUTY CLERK

DEPUTY CLERK OF COURT
ST. BERNARD PARISH

**REQUEST FOR NOTICE**

**NOW INTO COURT,** through undersigned counsel, comes defendant, Cheryl Starks,

respectfully requests written notice of the date of trial, as well as written notice of each rendition by

the Court of any judgment, and/or interlocutory order entered in the above entitled and numbered case

pursuant to Articles 1913, 1914 and 1572 of the Louisiana Code of Civil Procedure.

Respectfully submitted,

**THE TRUITT LAW FIRM**
A Limited Liability Company

JACK E. TRUITT, BAR NO. 18476, T.A.
AMBER L. MITCHELL, BAR NO. 28846
PETER M. GAHAGAN, BAR NO. 33137
LOU ANNE MILLIMAN, BAR NO. 23869
MICHELLE MAYNE DAVIS, BAR NO. 23027
NANCY N. BUTCHER, BAR NO. 24178
149 North New Hampshire Street
Covington, Louisiana 70433
Telephone: (985) 327-5266
Facsimile: (985) 327-5252
Email: mail@truittlaw.com
Counsel for Family Dollar Stores of Louisiana, Inc.
and Cheryl Starks

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been duly served on all counsel of

record by depositing same into the U.S. Mail, postage pre-paid, and/or by hand and/or by facsimile

and/or by electronic means on June 1, 2018.

May. 31. 2018  10:48AM                                                    No. 2307   P. 1

# THE TRUITT LAW FIRM

### A LIMITED LIABILITY COMPANY
### ATTORNEYS AT LAW
149 NORTH NEW HAMPSHIRE STREET
COVINGTON, LOUISIANA 70433-3235
E-MAIL: MAIL@TRUITTLAW.COM

TELEPHONE:
(985)327-5266

FACSIMILE:
(985)327-5252

NEW ORLEANS OFFICE:

433 METAIRIE ROAD, SUITE 209
METAIRIE, LOUISIANA 70005
TELEPHONE: (504) 831-3393

WRITER'S E-MAIL:
pgahagan@truittlaw.com

May 31, 2018

_Via Facsimile (504) 278-4380_
Clerk of Court
34th Judicial District Court
P.O Box 1746
Chalmette, Louisiana 70044

**FAX FILED**
MAY 31 2018
CLERK OF COURT
ST. BERNARD PARISH

RE:    Norma Daigle
       vs. Family Dollar Stores of Louisiana, Inc., et al
       34th JDC, Docket No.: 17-1471     "A"
       Our file No. 13-18617
       Claim No.: 30178149610001
       DOL: 6/30/2017

Dear Clerk:

Please accept this correspondence as our written request for a **full and complete certified copy** of the **entire record** of the above referenced matter, docket no.: 17-1471.  Please advise our office of the costs associated with this request at your earliest convenience and we will forward our firm's check immediately.

Thank you in advance for your cooperation in this matter

With kindest regards,

_Kelli Britt_

**Kelli M. Britt, Paralegal to**
**PETER M. GAHAGAN**

/kmb



# THE TRUITT LAW FIRM

### A LIMITED LIABILITY COMPANY
ATTORNEYS AT LAW
149 NORTH NEW HAMPSHIRE STREET
COVINGTON, LOUISIANA 70433-3235
E-MAIL: MAIL@TRUITTLAW.COM

TELEPHONE:
(985) 327-5266

FACSIMILE:
(985) 327-5252

NEW ORLEANS OFFICE:

433 METAIRIE ROAD, SUITE 209
METAIRIE, LOUISIANA 70005
TELEPHONE: (504) 831-3393

WRITER'S E-MAIL:
pgahagan@truittlaw.com

May 31, 2018

<u>*Via Facsimile (504) 278-4380*</u>
Clerk of Court
34th Judicial District Court
P.O Box 1746
Chalmette, Louisiana 70044

RE:   Norma Daigle
vs. Family Dollar Stores of Louisiana, Inc., et al
34th JDC, Docket No.: 17-1471
Our file No. 13-18617
Claim No.: 30178149610001
DOL: 6/30/2017

FAX
5/31/18

ORIGINAL
RECEIVED
JUN 08 2018
DEPUTY CLERK OF COURT
ST. BERNARD PARISH
/S/ JEANINE PELLEGRIN

Dear Clerk:

Please accept this correspondence as our written request for a **full and complete certified
copy** of the **entire record** of the above referenced matter, docket no.: 17-1471.  Please advise our
office of the costs associated with this request at your earliest convenience and we will forward our
firm's check immediately.

Thank you in advance for your cooperation in this matter

With kindest regards,

*Kelli Britt*

**Kelli M. Britt, Paralegal to
PETER M. GAHAGAN**

/kmb