# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **NORMA DAIGLE** | * | **CIVIL ACTION No.: 18-CV-6334** |
| **Plaintiff** | * | |
| | * | **JUDGE: JANE TRICHE MILAZZO** |
| **VERSUS** | * | |
| | * | **MAG.: DANA M. DOUGLAS** |
| **FAMILY DOLLAR STORES OF** | * | |
| **LOUISIANA, INC., JANE DOE,** | * | |
| **MANAGER AND XYZ INSURANCE CO.** | * | |
| **Defendants** | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing;

**IT IS ORDERED, ADJUDGED AND DECREED**, that the above captioned and numbered matter be and the same is hereby dismissed, with prejudice, to all parties, each party to bear its own costs and attorney`s fees.

New Orleans, Louisiana, this ___3rd___ of ___March___, 2020.

_____
THE HONORABLE JANE TRICHE MILAZZO